# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:

Dominique Renee Scott

Debtor(s)

SSN/Individual Taxpayer ID Number (ITIN):

xxx−xx−9273

In Proceedings
Under Chapter 7

BK 13−30861−lkg

## ORDER CLOSING CASE

    The trustee in the above−captioned chapter 7 case having abandoned all scheduled property and having reported that there are no assets available for distribution to creditors; the trustee having performed all other duties required in the administration of the estate and there being no further matters that remain pending in the case; **IT IS ORDERED** that the abandonment of property and report of no distribution are **APPROVED**, the trustee is discharged from and relieved of his/her trust, the sureties on the trustee's bond are released from further liability in the case, and the case is **CLOSED**.

ENTERED: September 18, 2013

/s/ Laura K. Grandy
UNITED STATES BANKRUPTCY JUDGE